# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| BOYD COUNTY FISCAL COURT, *on behalf of* BOYD COUNTY, | |
| Plaintiff, | CASE NO. 1:17-op-45084 |
| vs. | JUDGE DAN AARON POLSTER |
| AMERISOURCEBERGEN DRUG CORPORATION, *et al.*, | |
| Defendants. | |

## WALGREENS BOOTS ALLIANCE, INC.'S
## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Civil Rule 3.13(b), Defendant Walgreens Boots Alliance, Inc. respectfully submits this Corporate Disclosure Statement.

Walgreens Boots Alliance, Inc. does not have any parent corporation(s) and no publicly-held corporation owns 10% or more of Walgreens Boots Alliance, Inc.'s stock.

Dated: July 3, 2019

Respectfully submitted,

/s/ Kaspar J. Stoffelmayr

Kaspar J. Stoffelmayr
Illinois State Bar No. 6238172
BARTLIT BECK LLP
54 West Hubbard Street
Chicago, Illinois 60654
Phone: (312) 494-4400
Fax: (312) 494-4440
E-mail: kaspar.stoffelmayr@bartlitbeck.com

*Attorney for Walgreens Boots Alliance, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that, this 3rd day of July, 2019, I electronically filed a copy of the foregoing with the Clerk of the Court using the ECF system, which sent notification of such filing to all counsel of record.

/s/ Kaspar J. Stoffelmayr
Kaspar J. Stoffelmayr

*Attorney for Walgreens Boots Alliance, Inc.*